# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Ryan O'Donnell, et al.
                            Plaintiff,

v.                                                               Case No.: 1:23−cv−01192
                                                                Honorable Andrea R. Wood

City of Chicago, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2024:

       MINUTE entry before the Honorable Andrea R. Wood: In Court status hearing held on 10/15/2024. Plaintiff's counsel reports they do not intend to file an amended complaint or any motion for reconsideration. This case is dismissed with prejudice. The Clerk is directed to enter final judgment in favor of Defendants on Form AO 450. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.