# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ryan O'Donnell et al

Plaintiff(s),

v.

City of Chicago et al

Defendant(s).

Case No. 1:23-cv-01192
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: in favor of Defendants. This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge                    presiding, and the jury has rendered a verdict.
☐ tried by Judge                                without a jury and the above decision was reached.
☑ decided by Judge Andrea R. Wood.

Date: 10/25/2024                Thomas G. Bruton, Clerk of Court

                                Laritza Arcos, Deputy Clerk