IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| RYAN O'DONNELL and MICHAEL GOREE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> CITY OF CHICAGO, a municipal corporation, and URT UNITED ROAD TOWING, INC., a Delaware corporation, <br><br> Defendants. | Case No. 1:23-cv-1192 <br><br> Hon. Andrea R. Wood |

## NOTICE OF APPEAL

Notice is hereby given that Ryan O'Donnell and Michael Goree, Plaintiffs in the above-captioned case, individually and on behalf of the putative class, hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's September 28, 2024 Order granting Defendants City of Chicago's and URT United Road Towing, Inc.'s motions to dismiss (Doc. 57), the October 15, 2024 order dismissing the case with prejudice (Doc. 58), and the entry of final judgment in favor of Defendants on October 25, 2024 (Doc. 59).

Dated: October 26, 2024

Respectfully submitted,

By: _____/s/ Jacie C. Zolna_____
Jacie C. Zolna
Counsel of Record for Plaintiffs

Jacie C. Zolna
jzolna@cherry-law.com
Benjamin R. Swetland
bswetland@cherry-law.com
MYRON M. CHERRY & ASSOCIATES LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
(312) 372-2100
*Attorneys for Plaintiffs*

## *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that she served the foregoing **Notice of Appeal** upon:

Jennifer Zlotow
jennifer.zlotow@cityofchicago.org
John Vincent Casey
john.casey@cityofchicago.org
Aaron Talen Dozeman
aaron.dozeman1@cityofchicago.org
CITY OF CHICAGO DEPARTMENT OF LAW
2 N. Lasalle St., Suite 520
Chicago, Illinois 60602

Ross William Bartolotta
rbartolo@smbtrials.com
Christian A. Sullivan
csulliva@smbtrials.com
SWANSON, MARTIN & BELL, LLP
2525 Cabot Dr., Suite 204
Lisle, Illinois 60532

Bernard Francis Crotty
bc@crottylawoffice.com
LAW OFFICE OF BERNARD F. CROTTY, P.C.
20015 S. LaGrange Rd., #1102
Frankfort, Illinois 60423

via the electronic filing system, on the 26th day of October, 2024.

_____/s/ Jacie C. Zolna_____